UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GENE P. THOMPSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:07CV2008 TCM |
| | ) |
| CITY OF ST. LOUIS, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's "petition for return of property," which the Court will construe as a motion for relief from judgment under Rule 60(b). The motion merely restates some of the allegations of the complaint and does not specify any reason why the Court should vacate the Order of Dismissal. As a result, the motion will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for reconsideration [#6] is **DENIED**.

Dated this 15th day of January, 2008.

_____
UNITED STATES DISTRICT JUDGE